| PROB 22 (Rev. 11/23) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* <br> 1:15-CR-0682-04 (LAK) |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* <br> 2:25-cr-00188-GMN-BNW-1 |

| NAME AND ADDRESS OF SUPERVISED RELEASEE: | DISTRICT |  |  |
|---|---|---|---|
| Marlon Clenista <br> Las Vegas, Nevada | SOUTHERN DISTRICT OF NEW YORK |  |  |
|  | NAME OF SENTENCING JUDGE |  |  |
|  | Honorable Lewis A. Kaplan, Senior U.S. District Judge |  |  |
|  | DATES OF SUPERVISED RELEASE: | FROM <br> 05/11/2023 | TO <br> 05/10/2028 |

*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 6/11/25]*

**OFFENSE**

Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine, in violation of 21 USC 841(b)(1)(C) and 846, a Class A Felony

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Longstanding residence and prosocial ties in the District of Nevada.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF NEW YORK"

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court. *

| 6/11/25 | /s/ Lewis A. Kaplan |
|---|---|
| *Date* | *United States District Judge* |

By endorsement of the Transfer of Jurisdiction document, (Probation 22) and upon application of the United States of America, by and through the U.S. Probation Office, it is hereby ORDERED that in order to effectuate the Transfer of Jurisdiction of Marlon Clenista's supervision from the Southern District of New York to the District of Nevada, the sealed records of the Court in the above-styled matter relating to Marlon Clenista are unsealed for the limited purpose of transferring those records to the United States District Court for the District of Nevada and to the Probation Department in that district.

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

    IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and and assumed by this Court from and after the entry of this order.

| July 2, 2025 | /s/ |
|---|---|
| *Effective Date* | *United States District Judge* |

UNITED STATES PROBATION OFFICE
DISTRICT OF NEVADA
MEMORANDUM

RE: Marlon Clenista
Case No.:  TO BE ASSIGNED

**REQUESTING ACCEPTANCE OF JURISDICTION**

June 24, 2025

TO:     United States District Judge

On September 16, 2016, Marlon Clenista was sentenced by the Honorable Lewis A. Kaplan in the Southern District of New York to a term of 120 months custody followed by five (5) years of supervised release for committing the offense of Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine. On May 11, 2023, Clenista commenced his supervised release term in the District of Nevada.

Clenista has no intention of returning to the Southern District of New York. As such, the Probation Office recommends that the Court accept jurisdiction of the case. As noted by his signature on the attached Transfer of Jurisdiction form (Prob 22), U.S. District Court Judge Lewis A. Kaplan has agreed to relinquish jurisdiction. Should the Court agree with this request, the Transfer of Jurisdiction form is attached for your Honor's signature.

If you should have any questions, please contact the undersigned officer at (702) 527-7295.

Respectfully submitted,

*Digitally signed by Victoria Willard*
*Date: 2025.06.25 14:59:43 -07'00'*

Victoria Willard
Probation Officer Assistant

Approved:

*Digitally signed by Amberleigh Barajas*
*Date: 2025.06.25 14:54:34 -07'00'*

Amberleigh Barajas
Supervisory United States Probation Officer